UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD LEE TURNER,

    Petitioner,

    v.

DERRAL ADAMS, warden,

    Respondent.

                       /

No. C 07-6258 MHP (pr)

**ORDER**

Respondent's application to file an oversized legal brief is GRANTED. (Docket # 11.) The 52-page memorandum of points and authorities filed in support of respondent's answer is permitted.

Petitioner's motion for default judgment is DENIED. (Docket # 14.) Respondent is not and was not in default when the motion was filed.

Petitioner filed a motion for extension of time to file his traverse and listed as a ground for the motion his need for counsel. The motion is GRANTED in part. (Docket # 15.) Petitioner must file and serve his traverse no later than **July 10, 2009**. By granting his motion, the court is extending the deadline for the traverse but is not appointing counsel for petitioner. Petitioner's traverse may not exceed 35 pages in length.

IT IS SO ORDERED.

DATED: May 12, 2009

                                             Marilyn Hall Patel
                                             United States District Judge