UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD L. TURNER,

        Plaintiff,

  v.

DERRAL ADAMS et al,

        Defendant.

                              /

Case Number: CV07-06258 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward L. Turner V-25872
California State Prison-Corcoran
4001 King Avenue
Corcoran, CA 93212

Dated: August 26, 2009

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk