UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE TURNER, | No. C 07-6258 MHP (PR) |
| Petitioner, | **ORDER DENYING MOTION FOR STAY AND RECONSIDERATION** |
| v. | |
| DERRAL ADAMS, Warden, | |
| Respondent. _____/ | (Docket No. 32) |

This is a federal habeas corpus action filed by a pro se state prisoner pursuant to 28 U.S.C. § 2254. The petition was denied, and judgment entered in favor of respondent on February 25, 2010. Petitioner's appeal from the denial is pending.

Petitioner now moves for a stay, and a reconsideration of the Court's order denying the petition. (See Docket No. 32.) Petitioner's motion is DENIED on grounds that the action is on appeal, and not properly before this Court at this time. Petitioner may refile such motion should the Court of Appeal rule in respondent's favor.

This order terminates Docket No. 32.

**IT IS SO ORDERED**.

DATED: 10/5/2010

MARILYN HALL PATEL
United States District Judge